UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HYPGAMES, INC.,

                Petitioner,

-v-

MINICLIP SA,

                Respondent.

25-CV-8091 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Clerk of Court is directed to unseal this case. Plaintiff is directed to file a redacted version of the complaint on ECF after the case is unsealed. An unredacted version of the complaint is to be filed under seal – Party View Only.

      SO ORDERED.

Dated: October 16, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge